■ DAVID KOSANOVICH, Appellant, v FRANK A. LA GRECA, Respondent.—Order unanimously affirmed with costs *(see, Mertz v Bradford,* 152 AD2d 962; *Lamendola v Slocum,* 148 AD2d 781, *lv dismissed* 74 NY2d 714; *Casali v Phillips,* 145 AD2d 941). (Appeal from order of Supreme Court, Erie County, Forma, J.—discovery.) Present—Doerr, J. P., Boomer, Green, Pine and Lawton, JJ.